Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

April 16 _____ 20 25

Ravi Subramanian, Clerk

By_____Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOEL RIDLEY,<br><br>Defendant. | NO. **CR 25 - 065** JHC<br><br>**INDICTMENT** |

The Grand Jury charges that:

## COUNT 1

### (Unlawful Possession of a Firearm)

On or about February 23, 2025, in Whatcom County, within the Western District of Washington, JOEL RIDLEY, knowing he had been convicted of the following crime punishable by a term of imprisonment exceeding one year:

    i.    *Assault in the First Degree*, in the Superior Court of Washington for Whatcom County, under case number 03-1-00621-7, on or about September 4, 2003;

Indictment - 1
*United States v. Ridley*
USAO No. 2025R00310

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a .22 caliber Savage rifle, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

### (Violation of the Bald and Golden Eagle Protection Act)

### (Bald Eagle 1)

On or about February 23, 2025, in Whatcom County, within the Western District of Washington, JOEL RIDLEY knowingly and with wanton disregard for the consequences of his actions, and without being permitted by law to do so, took a bald eagle.

All in violation of Title 16, United States Code, Section 668(a).

## COUNT 3

### (Violation of the Bald and Golden Eagle Protection Act)

### (Bald Eagle 2)

On or about February 23, 2025, in Whatcom County, within the Western District of Washington, JOEL RIDLEY knowingly and with wanton disregard for the consequences of his actions, and without being permitted by law to do so, took, possessed, and transported a bald eagle.

All in violation of Title 16, United States Code, Section 668(a).

//

//

//

Indictment - 2
*United States v. Ridley*
USAO No. 2025R00310

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 through 3 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of the offense alleged in Count 1, JOEL RIDLEY shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in the offense, including but not limited to:

a.      One .22 caliber Savage rifle, and any associated ammunition, seized on or about February 23, 2025, from JOEL RIDLEY.

Upon conviction of either of the offenses alleged in Counts 2 and 3, JOEL RIDLEY shall forfeit to the United States, pursuant to Title 16, United States Code, Section 668(b), by way of Title 28, United States Code, Section 2461(c), all bald eagles, or parts thereof, taken, possessed, or transported, as well as all firearms, other equipment, and vehicles used to aid in the taking, possessing, or transporting, of any bald eagle, or part thereof, including but not limited to:

a.      One .22 caliber Savage rifle, and any associated ammunition, seized on or about February 23, 2025, from JOEL RIDLEY; and

b.      All bald eagles and parts thereof seized on or about February 23, 2025, from JOEL RIDLEY.

Indictment - 3
*United States v. Ridley*
USAO No. 2025R00310

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendants,

      a.  cannot be located upon the exercise of due diligence;

      b.  has been transferred or sold to, or deposited with a third party;

      c.  has been placed beyond the jurisdiction of the Court;

      d.  has been substantially diminished in value; or,

      e.  has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL: *yes*

DATED: 16 APR 25

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____
FOREPERSON

_____
TEAL LUTHY MILLER
Acting United States Attorney

_____
TODD GREENBERG
Assistant United States Attorney

_____
AJAY RAVINDRAN
Special Assistant United States Attorney

Indictment - 4
*United States v. Ridley*
USAO No. 2025R00310

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970